## CASNER v. WOOLEY.

No. 1320.    Opinion Filed March 21, 1911.

(114 Pac. 700.)

**APPEAL AND ERROR—Case-Made—Extension of Time to Settle— Powers of Special Judge.** A special judge or judge pro tempore, while possessing the power to sign and settle a case-made after he has ceased to sit as judge, has no power to extend the time for its settlement and signing, and where he attempts to do so his act is a nullity.

(Syllabus by the Court.)

*Error from District Court, Tulsa County; R. L. Davidson, Special Judge.*

Action by F. W. Casner aginst James Wooley.    Judgment for defendant, and plaintiff brings error.    Dismissed.

*E. G. Wilson,* for plaintiff in error.

*Biddison & Campbell,* for defendant in error.

TURNER, C. J.    On January 9, 1909, the special judge trying the cause, after overruling the motion for a new trial, entered judgment against the plaintiff, taxed him with the cost, and gave him 90 days in which to prepare and serve a case-made.    After the expiration of the term, and after he had ceased to sit as such, said judge, on March 30, 1909, granted an extension of time for said purpose, and the case-made in question was signed and settled by him within the time thus extended.

The petition in error should be dismissed, pursuant to the motion filed.    The law in *Hornor et al. v. Goltry & Sons,* 23 Okla. 905, 101 Pac. 1111, and cases there cited, govern this case.

It is so ordered.

All the Justices concur.